UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SOURCE PRODUCTION &
EQUIPMENT CO., INC., ASPECT
TECHNOLOGY LIMITED,
SPECMED, LLC, SPEC MED
INTELLECTUAL PROPERTY, LLC
AND SPEC INTELLECTUAL
PROPERTY, LLC

CIVIL ACTION

NO. 16-17528

SECTION M (1)

VERSUS

KEVEN J. SCHEHR, ISOFLEX USA,
ISOFLEX RADIOACTIVE LLC,
RICHARD H. MCKANNAY, JR., AND
JOHN DOES 1-10

## ORDER & REASONS

Before the Court are:

(1) a motion for partial summary judgment on plaintiffs' conversion claim filed by defendant Kevin J. Schehr;[1] to which plaintiffs Source Production & Equipment Co., Inc. ("SPEC"), Aspect Technology Limited ("ATL"), Specmed, LLC ("Specmed"), Spec Med Intellectual Property, LLC ("SMIP"), and Spec Intellectual Property, LLC ("SPI") (collectively "Plaintiffs") respond stating that they do not oppose the dismissal of this claim with prejudice because they no longer seek to pursue it at trial;[2] and

(2) Defendants' motion *in limine* to preclude Dr. Roy Parker ("Parker") from testifying regarding Plaintiffs' alleged trade secrets and to exclude expert testimony about opinions not disclosed in the written reports of Plaintiffs' experts, Parker and Garry A. Pate ("Pate").[3] Plaintiffs respond that Parker will not testify regarding Plaintiffs' trade secrets, and neither

---

[1] R. Doc. 166.
[2] R. Doc. 179.
[3] R. Doc. 150.

Parker nor Pate will offer expert testimony on subjects not disclosed in their respective written reports.[4] Defendants filed a reply arguing that, in light of Plaintiffs' memorandum, their motion should be granted as unopposed.[5] The Court agrees.

Because neither motion is opposed,

IT IS ORDERED that both motions (R. Docs. 166 & 150) are GRANTED.

New Orleans, Louisiana, this 4th day of April, 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[4] R. Doc. 180.
[5] R. Doc. 225.